# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 1:26-mj-00030-WCM |
| Rajat RAJAT | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## RULE 4.1 - CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___May 4, 2026___ in the county of ___Cleveland___ in the ___Western___ District of ___North Carolina___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2314 | Interstate Transportation of Stolen Property |

This criminal complaint is based on these facts:
See Attached Affidavit.

☒ Continued on the attached sheet.

/s/ Willie Carswell
*Complainant's signature*

Willie Carswell, Special Agent, HSI
*Printed name and title*

Sworn in accordance with Rule 4.1.

W. Carleton Metcalf
United States Magistrate Judge

*Judge's signature*

Date: 07/15/2026

City and state: ___Asheville, North Carolina___    Honorable W. Carleton Metcalf, United States Magistrate Judge
*Printed name and title*